IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT PIERRE KIDD,

    Plaintiff,

v.

                                                  Case No. 21-cv-757-jdp

MILWAUKEE JOURNAL
SENTINAL NEWSPAPER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                   January 10, 2022

Peter Oppeneer, Clerk of Court                         Date